United States District Court
Southern District of Texas
**ENTERED**
September 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMALIO BARRIENTES, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-1955 |
| | § § | |
| KLX, INC., *et al*, | § § | |
| Defendants. | § | |

ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Compel Arbitration **(Instrument No. 10)** is **DENIED as moot**. This case is **ADMINISTRATIVELY CLOSED**. The parties may move to reinstate the case on the Court's active docket within ten (10) days from the date of a ruling by an Arbitration Panel. A copy of this Order shall be attached as an exhibit to any motion to reinstate.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the ___29th___ day of September, 2016, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**